FILED

12/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0290

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0290

ROBERT FRISK,

      Plaintiff and Appellee,

v.

JOHN N. THOMAS and LORI A. THOMAS,

      Defendants and Appellants.

## ORDER

Upon consideration of Appellants' motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellants are given an extension of time until February 2, 2024, to prepare, file, and serve the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 21 2023